No. 697. SIDNEY J. BROOKS, RECEIVER, ETC., APPELLANT, *v.* EMPIRE TRUST COMPANY ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss submitted December 10, 1917. Decided December 17, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Rouse* v. *Letcher,* 156 U. S. 47; *Gregory* v. *Van Ee,* 160 U. S. 643; *St. Louis, K. C. & C. R. R. Co.* v. *Wabash R. R. Co.,* 217 U. S. 247, 250; *Shulthis* v. *McDougal,* 225 U. S. 561; (2) *Gumbel* v. *Pitkin,* 113 U. S. 545; *Rouse* v. *Letcher,* 156 U. S. 47, 60; *Carey* v. *Houston & Texas Central R. Co.,* 161 U. S. 115. *Mr. Joseph W. Bailey* and *Mr. Chester H. Terrell* for appellant. *Mr. Thomas H. Franklin* and *Mr. Stephen H. Olin* for appellees.